UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,)
)CASE NO. MJ 11-5084
Plaintiff,)
)
v.)DETENTION ORDER
)
ROGELIO PECH-CANCHE,)
)
Defendant.)
)

Offense charged:   Possession of Methamphetamine with Intent to Distribute, 500 grams

Date of Detention Hearing:   May 2, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant is the husband of co-defendant Virginia Santos-Jiminez, both of whom are accused of possession of methamphetamine with intent to distribute.

DETENTION ORDER
PAGE -1

01   2.   Defendant was not interviewed by Pretrial Services, and there is little
02 information about defendant's living situation or status in the community. He was born in
03 Mexico and his ties to this community are unknown.
04   3.   The crime that defendant is charged with carries a minimum sentence of 10
05 years, and a maximum sentence of life imprisonment.
06   4.   There is an immigration detainer pending against defendant. He and his
07 counsel did not contest the entry of an order of detention pending trial.
08   5.   There does not appear to be any condition or combination of conditions that will
09 reasonably assure the defendant's appearance at future Court hearings while addressing the
10 danger to other persons or the community.
11 It is therefore ORDERED:
12   1. Defendant shall be detained pending trial and committed to the custody of the Attorney
13      General for confinement in a correction facility separate, to the extent practicable, from
14      persons awaiting or serving sentences or being held in custody pending appeal;
15   2. Defendant shall be afforded reasonable opportunity for private consultation with
16      counsel;
17   3. On order of the United States or on request of an attorney for the Government, the
18      person in charge of the corrections facility in which defendant is confined shall deliver
19      the defendant to a United States Marshal for the purpose of an appearance in connection
20      with a court proceeding; and
21   4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
22      for the defendant, to the United States Marshal, and to the United States Pretrial

01   Services Officer.

02   DATED this 3rd day of May, 2011.

03                               s/ James L. Weinberg
                                 United States Magistrate Judge
04

05

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

DETENTION ORDER
PAGE -3