Case 3:11-cr-05248-BHS   Document 73   Filed 12/08/14   Page 1 of 1

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Washington__

United States of America
v.

Rogelio Pech-Canche

)
)
)
)
)
)
)
)

Case No: __CR11-5248BHS__

USM No: __41170-086__

Phil Brennan
*Defendant's Attorney*

Date of Original Judgment: __02/07/12__
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __76__ months **is reduced to** __70 months__ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __02/07/2012__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __12/8/14__

Effective Date: __11/01/2015__
*(if different from order date)*

*Judge's signature*

The Honorable Benjamin H. Settle, U.S. District Judge
*Printed name and title*